UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HENRY TUCKER,** *on behalf of himself and all other persons similarly situated*, <br><br>                        **Plaintiff,** <br><br> -against- <br><br> **CASTLERY INC.,** <br><br>                        **Defendant.** | 1:25-cv-04697 (ALC) <br><br> **ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:   September 25, 2025
              New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**